IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| CHILTON FINANCIAL SERVICES, L.P., § <br> AND CAROL ANN CHILTON, AS § <br> REPRESENTATIVE OF THE § <br> ESTATE OF TERRY CHILTON, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> ST. PAUL FIRE AND MARINE § <br> INSURANCE COMPANY, § <br> § <br> Defendant. § | CIVIL ACTION NO. 1:15-CV-460-MAC |

## JOINT NOTICE OF SETTLEMENT AND
## MOTION TO CANCEL STATUS CONFERENCE

Plaintiffs Chilton Financial Services, L.P. and Carol Ann Chilton, as Representative of the Estate of Terry Chilton, and Defendant St. Paul Fire and Marine Insurance Company (collectively, the "Parties") file this Joint Notice of Settlement and Motion to Cancel Status Conference, and respectfully show the Court as follows:

1. On September 22, 2016, the Court entered an "Order to Conduct Rule 26(f) Conference" (Doc. 19), directing the Parties to confer as required by Federal Rule of Civil Procedure 26(f) by October 19, 2016, and to file a joint report, including deadlines for a proposed Scheduling Order, by November 2, 2016.

2. Also on September 22, 2016, the Court notified the Parties of a Status Conference set for November 14, 2016, at 2:30 p.m.

3. As the Parties advised the Court in their most recent Joint Status Update (Document 17), the Parties have been engaged for several months in settlement negotiations.

The Parties hereby notify the Court that they have reached a resolution of all claims asserted in this action. The Parties are in the process of completing the settlement process and anticipate filing within the next 30 days a joint stipulation for voluntary dismissal of this action with prejudice.

4. Since this litigation will soon be concluded, the Parties do not believe it is necessary for the Court to enter a Scheduling Oder. Accordingly, the Parties respectfully request that the Court cancel the Status Conference set for November 14, 2016.

Respectfully submitted,

By: */s/ Amy Elizabeth Stewart*
Amy Elizabeth Stewart
State Bar No. 00784300
amy@amystewartlaw.com
AMY STEWART PC
5307 E. Mockingbird Lane, Suite 425
Dallas, Texas 75206
(214) 233-7076 – telephone
(214) 975-2806 – facsimile

**ATTORNEYS FOR PLAINTIFFS CHILTON FINANCIAL SERVICES, L.P. AND CAROL ANN CHILTON, AS REPRESENTATIVE OF THE ESTATE OF TERRY CHILTON**

**--AND--**

By: */s/ Ashley F. Gilmore*
J. Price Collins
State Bar No. 04610700
price.collins@wilsonelser.com
Ashley F. Gilmore
State Bar No. 50511704
ashley.gilmore@wilsonelser.com
WILSON ELSER MOSKOWITZ
    EDELMAN & DICKER LLP
901 Main Street, Suite 4800
Dallas, Texas 75202-3758

(214) 698-8000 - telephone
(214) 698-1101 - facsimile

**ATTORNEYS FOR DEFENDANT
ST. PAUL FIRE & MARINE INSURANCE
COMPANY**

**CERTIFICATE OF SERVICE**

I do hereby certify that on November 2, 2016, a true and correct copy of the foregoing was served by electronic transmission via the Court's CM/ECF system upon all parties registered to receive electronic notice in this case.

By: _/s/ Ashley F. Gilmore_
Ashley F. Gilmore