| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

CHILTON FINANCIAL SERVICES, L.P., §
and CAROL ANN CHILTON, §
*as the Representative of the Estate of Terry* §
*Chilton*, §
 §
        Plaintiffs, §
 §
*versus* §    CIVIL ACTION NO. 1:15-CV-460
 §
ST. PAUL FIRE & MARINE INSURANCE §
COMPANY, §
 §
        Defendant. §

## ORDER OF DISMISSAL

In accordance with the parties' Joint Stipulation of Dismissal with Prejudice (#22), filed December 19, 2016, this action is dismissed with prejudice. Each party shall bear its own costs of court and attorney's fees. Any relief not expressly granted herein is denied.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 20th day of December, 2016.

                                */s/ Marcia A. Crone*
                              MARCIA A. CRONE
                              UNITED STATES DISTRICT JUDGE